IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3141 |
| vs. | |
| KENNETH J. JACOBSEN, | ORDER |
| Defendant. | |

Defendant needs additional time to confer with his new counsel and decide how he wants to proceed toward final resolution of this case.

Accordingly,

IT IS ORDERED:

1) On or before May 1, 2018, Defendant shall either submit his proposal to the probation office and motions to the Court as set forth in Paragraph 6 of the Court's Order on Sentencing Schedule, (Filing No. 38), or he shall move to withdraw his plea of guilty.

2) Provided Defendant does not move to withdraw his guilty plea, the Court's tentative sentencing findings will be filed on or before May 11, 2018, and the sentencing hearing will be held on May 25, 2018 at 10:30 AM in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard.

April 13, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge